2:07 CV 240 - MHT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Montgomery Advertiser
P.O. Box 1000
Montgomery, AL 36101-1000
Attn: Legal Ads

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Gary Edwards*   ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
*Gary Edwards*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   7002 2410 0002 4887 1602

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:07CV240-MHT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| FIFTY FOUR THOUSAND ($54,000) IN U.S. CURRENCY & FIVE THOUSAND FOUR HUNDRED THIRTY SIX and 33/100 ($5,436.33) DOLLARS IN U.S. CURRENCY | NOTICE |

| SERVE ▸ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | MONTGOMERY ADVERTISER |
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)* |
| | POST OFFICE BOX - POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

CATS # 07-DEA-475386 AND #07-DEA-475382        PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

| Signature of Attorney or other Originator requesting service on behalf of : | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | | (334) 223-7280 | 3/16/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>*K. Chavers* | Date 3/20/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

RETURNED AND FILED

| Name and title of individual served *(If not shown above)*. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | JUN - 4 2007<br>CLERK<br>U.S. DISTRICT COURT<br>MIDDLE DIST. OF ALA. | Date of Service 5/31/07 | Time 11:20 | am / pm |
|---|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy<br>*K. Chavers* | | |

| Service Fee 45.00 | Total Mileage Charges *(including endeavors)* 8.00 | Forwarding Fee | Total Charges 53.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  4/4/07 CM# 7002 2410 0002 4887 1602
To be published 4/9, 4/16, 4/23/07 "Gary Edwards"
4/6/07 Received green card signed "Gary Edwards"
5/31/07 Paid invoice

| PRIOR EDITIONS MAY BE USED | FORM USM 285 (Rev. 12/15/80) |
|---|---|

STATE OF ALABAMA )
MONTGOMERY COUNTY    )

Before me, _Betty Dennis_ , a Notary Public

in and for the State and County aforesaid, personally appeared _LeCothia Johnson_

who, first being duly sworn according to law, deposes and says that she is BOOKKEEPER for The

Advertiser Company, publishers of *The Montgomery Advertiser* and *The Prattville Progress*

and that the legal advertisement appeared in the *Montgomery Advertiser* and that there is now

due on said account the sum of $869.82 which is due, just and unpaid; and that no part of

said account has been paid except as herein specified.

_LeCothia Johnson_

Sworn and subscribed before this

_15th_ day of _May_

_Betty Dennis_

Notary Public, Montgomery Co., AL

MY COMMISSION EXPIRES 11/06/2010