IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv240-MHT |
| | ) | |
| FIFTY FOUR THOUSAND | ) | |
| ($54,000) DOLLARS and FIVE | ) | |
| THOUSAND FOUR HUNDRED | ) | |
| THIRTY SIX AND 33/100 | ) | |
| ($5,436.33) DOLLARS IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

It is ORDERED that the request to enter default (Doc. No. 8) is denied. In support of the request, the plaintiff states that, "On May 1, 2007, Kannan Sharp, Legal Secretary for Attorney Bruce Maddox, accepted service on behalf of Gerard Burdette ...." Sharp has orally informed the court, however, that neither she nor

Maddox is an authorized agent for service for Burdette and that Maddox does not represent him.

DONE, this the 4th day of October, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**