IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
UNITED STATES OF AMERICA,      )
                               )
            PLAINTIFF,         )
                               )
        v.                     ) CIVIL ACTION NO. 2:07cv240-MHT
                               )
FIFTY FOUR THOUSAND ($54,000)  )
DOLLARS IN UNITED STATES       )
CURRENCY; and,                 )
                               )
FIVE THOUSAND FOUR HUNDRED     )
THIRTY SIX AND 33/100          )
($5,436.33) DOLLARS IN UNITED  )
STATES CURRENCY,               )
                               )
DEFENDANTS.                    )
```

ENTRY OF DEFAULT

It appearing that Kannan Sharp, Legal Secretary for Attorney Bruce Maddox, accepted service on behalf of Gerard Burdette from the United States Marshals Service of copies of the Verified Complaint for Forfeiture In Rem, Notice of Arrest and Seizure, and Warrant and Summons for Arrest In Rem on May 1, 2007, in accordance with Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Claims;

It appearing that notice of the United States Marshals Service's attempt to personally serve Gerard Burdette was left at his place of residence and abode on April 4, 2007, in accordance with Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Claims;

Gerard Burdette has failed to plead or otherwise defend as required by law.

DEFAULT hereby is entered against said **Gerard Burdette** and all other persons and entities having an interest in the Defendant currency this 28th day of November, 2007.

/s/ Debra P. Hackett

_____

CLERK, UNITED STATES DISTRICT COURT